37193

LYNN DAIRY QUEENS, INC.
CONNELLSVILLE, PA 15425-4200

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN ***-**-2826    Status (Fed/State) Married/Withhold
Pay Period: 02/20/2017 - 03/05/2017

Allowances/Extra Fed-4/0/PA-0/0
Pay Date: 03/10/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 72.13 | 13.00 | 937.69 | 4,961.58 |
| Overtime (x1.5) hourly | 0.22 | 19.50 | 4.29 | 16.00 |
|  | 72.35 |  | 941.98 | 4,977.58 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -48.28 | -48.28 |
| Dental Insurance (pre-tax) | -2.64 | -2.64 |
| Vision Insurance (pre-tax) | -0.67 | -0.67 |
|  | -51.59 | -51.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Local-Connellsville Twp. | -8.90 | -49.26 |
| Federal Withholding | 0.00 | -22.00 |
| Social Security Employee | -55.20 | -305.41 |
| Medicare Employee | -12.91 | -71.43 |
| PA - Income Tax | -27.34 | -151.23 |
| PA - Unemployment | -0.66 | -3.48 |
|  | -105.01 | -602.81 |

Adjustments to Net Pay    Current    YTD Amount

| Mileage Reimbursement | 75.44 | 409.58 |
| Net Pay | 860.82 | 4,732.76 |

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc. 606 Wills Road, Connellsville, PA 15425

Powered by Intuit Payroll

---

37616

LYNN DAIRY QUEENS, INC.
CONNELLSVILLE, PA 15425-4200

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN ***-**-2826    Status (Fed/State) Married/Withhold
Pay Period: 03/20/2017 - 04/02/2017

Allowances/Extra Fed-4/0/PA-0/0
Pay Date: 04/07/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.89 | 13.00 | 999.57 | 6,990.49 |
| Overtime (x1.5) hourly | 0.25 | 19.50 | 4.88 | 20.88 |
|  | 77.14 |  | 1,004.45 | 7,011.37 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | -48.28 | -144.84 |
| Dental Insurance (pre-tax) | -2.64 | -7.92 |
| Vision Insurance (pre-tax) | -0.67 | -2.01 |
|  | -51.59 | -154.77 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Local-Connellsville Twp | -9.53 | -68.57 |
| Federal Withholding | 0.00 | -24.00 |
| Social Security Employee | -59.08 | -425.11 |
| Medicare Employee | -13.82 | -99.42 |
| PA - Income Tax | -29.25 | -210.50 |
| PA - Unemployment | -0.71 | -4.91 |
|  | -112.39 | -832.51 |

Adjustments to Net Pay    Current    YTD Amount

| Mileage Reimbursement | 110.48 | 609.14 |
| Net Pay | 950.95 | 6,633.23 |

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc. 606 Wills Road, Connellsville, PA 15425

Powered by Intuit Payroll

**LYNN DAIRY QUEENS, INC.**
CONNELLSVILLE, PA 15425-4200

36787

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN: ***-**-2826
Status (Fed/State): Married/Withhold
Pay Period: 01/23/2017 - 02/05/2017

Allowances/Extra
Fed-4/0/PA-0/0
Pay Date: 02/10/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 79.81 | 13.00 | 1,037.53 | 3,078.53 |
| Overtime (x1.5) hourly | 0.21 | 19.50 | 4.10 | 11.71 |
|  | 80.02 |  | 1,041.63 | 3,090.24 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Local-Connellsville Twp. | -10.42 | -30.91 |
| Federal Withholding | -9.00 | -22.00 |
| Social Security Employee | -64.58 | -191.59 |
| Medicare Employee | -15.11 | -44.81 |
| PA - Income Tax | -31.98 | -94.87 |
| PA - Unemployment | -0.73 | -2.16 |
|  | -131.82 | -386.34 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 85.07 | 257.63 |

| Net Pay | 994.88 | 2,961.53 |

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc., 606 Wills Road, Connellsville, PA 15425

Powered by **Intuit Payroll**

---

**LYNN DAIRY QUEENS, INC.**
CONNELLSVILLE, PA 15425-4200

36986

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN: ***-**-2826
Status (Fed/State): Married/Withhold
Pay Period: 02/06/2017 - 02/19/2017

Allowances/Extra
Fed-4/0/PA-0/0
Pay Date: 02/24/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 72.72 | 13.00 | 945.36 | 4,023.89 |
| Overtime (x1.5) hourly |  |  | 0.00 | 11.71 |
|  | 72.72 |  | 945.36 | 4,035.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Local-Connellsville Twp. | -9.45 | -40.36 |
| Federal Withholding | 0.00 | -22.00 |
| Social Security Employee | -58.62 | -250.21 |
| Medicare Employee | -13.71 | -58.52 |
| PA - Income Tax | -29.02 | -123.89 |
| PA - Unemployment | -0.66 | -2.82 |
|  | -111.46 | -497.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 76.51 | 334.14 |

| Net Pay | 910.41 | 3,871.94 |

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc., 606 Wills Road, Connellsville, PA 15425

Powered by **Intuit Payroll**

**LYNN DAIRY QUEENS, INC.**
CONNELLSVILLE, PA 15425-4200

36392

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN ***-**-2826      Status (Fed/State) Married/Withhold
Pay Period: 12/26/2016 - 01/08/2017

Allowances/Extra
Fed-4/0/PA-0/0
Pay Date: 01/13/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 77.87 | 13.00 | 1,012.31 | 1,012.31 |
| Overtime (x1.5) hourly | 0.39 | 19.50 | 7.61 | 7.61 |
| | 78.26 | | 1,019.92 | 1,019.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local-Connellsville Twp. | -10.20 | -10.20 |
| Federal Withholding | -6.00 | -6.00 |
| Social Security Employee | -63.24 | -63.24 |
| Medicare Employee | -14.79 | -14.79 |
| PA - Income Tax | -31.31 | -31.31 |
| PA - Unemployment | -0.71 | -0.71 |
| | -126.25 | -126.25 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 95.31 | 95.31 |

| Net Pay | 988.98 | 988.98 |
|---|---|---|

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc., 606 Wills Road, Connellsville, PA 15425

Powered by **Intuit Payroll**

---

**LYNN DAIRY QUEENS, INC.**
CONNELLSVILLE, PA 15425-4200

36593

Employee
Randy A. Rapchak, 907 Newell Road, Fayette City, PA 15438

SSN ***-**-2826      Status (Fed/State) Married/Withhold
Pay Period: 01/09/2017 - 01/22/2017

Allowances/Extra
Fed-4/0/PA-0/0
Pay Date: 01/27/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 79.13 | 13.00 | 1,028.69 | 2,041.00 |
| Overtime (x1.5) hourly | | | 0.00 | 7.61 |
| | 79.13 | | 1,028.69 | 2,048.61 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local-Connellsville Twp. | -10.29 | -20.49 |
| Federal Withholding | -7.00 | -13.00 |
| Social Security Employee | -63.77 | -127.01 |
| Medicare Employee | -14.91 | -29.70 |
| PA - Income Tax | -31.58 | -62.89 |
| PA - Unemployment | -0.72 | -1.43 |
| | -128.27 | -254.52 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Mileage Reimbursement | 77.25 | 172.56 |

| Net Pay | 977.67 | 1,966.65 |
|---|---|---|

Company Message
Please check all information and report any errors.

Lynn Dairy Queens, Inc., 606 Wills Road, Connellsville, PA 15425

Powered by **Intuit Payroll**

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1419 | | | Pay Period: 03/12/2017 - 03/25/2017 | Pay Date: 03/31/2017 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2814 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages-Staff | 64.92 | 13.50 | 876.42 | 6,136.04 |
| Wages-Vacation | 16.00 | 13.50 | 216.00 | 648.00 |
| Wages-Double Time | | | | 54.00 |
| | 80.92 | | 1,092.42 | 6,838.04 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 269403 | -10.92 | -68.38 |
| Medicare Employee Add. Tax | 0.00 | 0.00 |
| Federal Withholding | -14.00 | -29.00 |
| Social Security Employee | -67.73 | -423.96 |
| Medicare Employee | -15.84 | -99.15 |
| PA - Withholding | -33.54 | -209.93 |
| PA - Unemployment Employee | -0.77 | -4.79 |
| | -142.80 | -835.21 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Dental Insurance | -68.99 | -470.87 |
| Eye Insurance | -7.22 | -50.54 |
| LST | | -10.00 |
| | -76.21 | -531.41 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******0414 | 873.41 |
| Memo | |
| Direct Deposit | |

Net Pay    873.41    5,471.42

Fayette Veterinary Hospital, P.O. Box 295, Fayette City, PA 15438, Means Meadows, LLC

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1412 | | | Pay Period: 02/26/2017 - 03/11/2017 | | Pay Date: 03/17/2017 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15435 | | | | | ***-**-2814 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages-Staff | 62.90 | 13.50 | 849.96 | 5,259.62 |
| Wages-Vacation | 8.00 | 13.50 | 108.00 | 432.00 |
| Wages-Double Time | | | | 54.00 |
| | 70.96 | | 957.96 | 5,745.62 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 260403 | -9.58 | -57.46 |
| Medicare Employee Add Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | -15.00 |
| Social Security Employee | -59.40 | -356.23 |
| Medicare Employee | -13.89 | -83.31 |
| PA - Withholding | -29.41 | -176.39 |
| PA - Unemployment Employee | -0.67 | -4.02 |
| | -112.95 | -692.41 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Dental Insurance | -66.98 | -401.88 |
| Eye Insurance | -7.22 | -43.32 |
| LST | | -10.00 |
| | -74.20 | -455.20 |

| Net Pay | 770.81 | 4,598.01 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking ******0414 | 770.81 |
| Memo | |
| Direct Deposit | |

Fayette Veterinary Hospital, P.O. Box 295, Fayette City, PA 15435, Means Meadows, LLC

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438




Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438


Direct Deposit

| Employee Pay Stub | | Check number: DD1405 | | | Pay Period: 02/12/2017 - 02/25/2017 | | Pay Date: 03/03/2017 | |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2914 | Married/Withhold | Fed-4/0/PA-0/0 | |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
| Wages-Staff | 69.97 | 13.50 | 944.60 | 4,409.66 | Checking - ******0414 | | | 802.66 |
| Wages-Double Time | 2.00 | 27.00 | 54.00 | 54.00 | Memo | | | |
| Wages-Vacation | | | | 324.00 | Direct Deposit | | | |
| | 71.97 | | 998.60 | 4,787.66 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| 260403 | | | -9.99 | -47.88 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -4.00 | -15.00 | | | | |
| Social Security Employee | | | -61.91 | -296.83 | | | | |
| Medicare Employee | | | -14.48 | -69.42 | | | | |
| PA - Withholding | | | -30.66 | -146.98 | | | | |
| PA - Unemployment Employee | | | -0.70 | -3.35 | | | | |
| | | | -121.74 | -579.46 | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| Dental Insurance | | | -66.98 | -334.90 | | | | |
| Eye Insurance | | | -7.22 | -36.10 | | | | |
| LST | | | | -10.00 | | | | |
| | | | -74.20 | -381.00 | | | | |
| Net Pay | | | 802.66 | 3,827.20 | | | | |

Fayette Veterinary Hospital, P.O. Box 295, Fayette City, PA 15438, Means Meadows, LLC

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1398 | | | Pay Period: 01/29/2017 - 02/11/2017 | Pay Date: 02/17/2017 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2814 | Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages-Staff | 62.85 | 13.50 | 848.48 | 3,465.06 |
| Wages-Vacation | 16.00 | 13.50 | 216.00 | 324.00 |
| | 78.85 | | 1,064.48 | 3,789.06 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******0414 | 853.79 |
| Memo | |
| Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| 260403 | -10.64 | -37.89 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -11.00 | -11.00 |
| Social Security Employee | -66.00 | -234.92 |
| Medicare Employee | -15.43 | -54.94 |
| PA - Withholding | -32.68 | -116.32 |
| PA - Unemployment Employee | -0.74 | -2.65 |
| | -136.49 | -457.72 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Dental Insurance | -66.98 | -267.92 |
| Eye Insurance | -7.22 | -28.88 |
| LST | | -10.00 |
| | -74.20 | -306.80 |

| Net Pay | 853.79 | 3,024.54 |
|---|---|---|

Fayette Veterinary Hospital, P.O. Box 295 Fayette City, PA 15438, Means Meadows, LLC

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1391 | | | Pay Period: 01/16/2017 - 01/28/2017 | Pay Date: 02/03/2017 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN / Status (Fed/State) | Allowances/Extra |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2814 / Married/Withhold | Fed-4/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Wages-Staff | 62.39 | 13.50 | 842.27 | 2,616.58 |
| Wages-Vacation | 8.00 | 13.50 | 108.00 | 108.00 |
|  | 70.39 |  | 950.27 | 2,724.58 |

| Taxes | Current | YTD Amount |
|---|---|---|
| 260403 | -9.50 | -27.25 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -58.91 | -168.92 |
| Medicare Employee | -13.78 | -39.51 |
| PA - Withholding | -29.17 | -83.64 |
| PA - Unemployment Employee | -0.67 | -1.91 |
|  | -112.03 | -321.23 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Dental Insurance | -66.98 | -200.94 |
| Eye Insurance | -7.22 | -21.66 |
| LST |  | -10.00 |
|  | -74.20 | -232.60 |

| Net Pay | 764.04 | 2,170.75 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - ******0414 | 764.04 |
| Memo |  |
| Direct Deposit |  |

Fayette Veterinary Hospital, P.O. Box 295, Fayette City, PA 15438, Means Meadows, LLC

Document    Page 9 of 10

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1384 | | | Pay Period: 01/01/2017 - 01/14/2017 | | Pay Date: 01/20/2017 | |
|---|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2814 | Married/Withhold | Fed:4/0/PA:0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Wages-Staff | 69.98 | 13.50 | 944.73 | 1,774.31 | Checking - ******0414 | | | 749.14 |
| Taxes | | | Current | YTD Amount | Memo | | | |
| 260403 | | | -9.45 | -17.75 | Direct Deposit | | | |
| Medicare Employee Add. Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | |
| Social Security Employee | | | -58.58 | -110.01 | | | | |
| Medicare Employee | | | -13.70 | -25.73 | | | | |
| PA - Withholding | | | -29.00 | -54.47 | | | | |
| PA - Unemployment Employee | | | -0.66 | -1.24 | | | | |
| | | | -111.39 | -209.20 | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
| LST | | | -10.00 | -10.00 | | | | |
| Dental Insurance | | | -66.98 | -133.96 | | | | |
| Eye Insurance | | | -7.22 | -14.44 | | | | |
| | | | -84.20 | -158.40 | | | | |
| Net Pay | | | 749.14 | 1,406.71 | | | | |

Fayette Veterinary Hospital, P.O. Box 295, Fayette City, PA 15438, Means Meadows, LLC

Fayette Veterinary Hospital
P.O. Box 295
Fayette City, PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

Direct Deposit

| Employee Pay Stub | | Check number: DD1377 | | | Pay Period: 12/18/2016 - 12/31/2016 | | Pay Date: 01/06/2017 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
| Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438 | | | | | ***-**-2814 | Married/Withhold | Fed: 1/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Wages-Staff | 61.45 | 13.50 | 829.58 | 829.58 | Checking - ******0414 | 368.94 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| 260403 | | | -8.30 | -8.30 | Direct Deposit | |
| Medicare Employee Add Tax | | | 0.00 | 0.00 | | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -51.43 | -51.43 | | |
| Medicare Employee | | | -12.03 | -12.03 | | |
| PA - Withholding | | | -25.47 | -25.47 | | |
| PA - Unemployment Employee | | | -0.58 | -0.58 | | |
| | | | -97.81 | -97.81 | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | |
| Dental Insurance | | | -66.98 | -66.98 | | |
| Eye Insurance | | | -7.22 | -7.22 | | |
| Health Insurance | | | -288.63 | -288.63 | | |
| | | | -362.83 | -362.83 | | |
| **Net Pay** | | | 368.94 | 368.94 | | |