FILED
4/12/17 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-21045 JAD |
| Randy A. Rapchak and Lisa A. Rapchak, | : | Chapter 13 |
| Debtors, | : | Document No. 9 |
| Randy A. Rapchak and Lisa A. Rapchak, | : | Hearing Date and Time: April 19, 2017, at 10:00 a.m. |
| Movants, | : | Responses Due By: April 10, 2017 |
| vs. | : | |
| Advanced Disposal, Alliance One Receivables Managment, AmerAssist, Bank of America, N.A., Becket & Lee, LLP, Capital One, Care Credit, Cavalry Portfolio Services, Chase, CitiCard, Colonial Acceptance, Credit one Bank, Creditors Financial Group, Encore Receivable Managment, FMA Alliance, LTD, Foundation Radiology Group, PC, Frazier SD and Newell Boro, Fulton Friedman and Gullace, David R. Galloway, HSBC Card Services, Image Time, Inc., Internal Revenue Service, Jefferson Pain and Rehabilitation Center, KML Law Group, Laboratory Corporation of America, Midland Credit Management, Inc., Midland Funding, Mononhahela Valley Hospital, National Enterprise Systems, NCB Management Services, Northland Group, Inc., Oak Harbor Capital IV, LLC, PA Department of Revenue, Partners in Nephro and Endo, Penn Credit Corporation, PNC Bank, Portfolio Recovery, Resurgent Capital Services, Rohland, Patt, Rohland Associates, Uniontown Hospital, and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Defendants/Respondents. | : | |

## ORDER CONTINUING STAY

And now, following consideration of the motion filed by Debtors, and following this Court's determination that the current Chapter 13 bankruptcy was filed in good faith as to all creditors identified in Debtors' schedules, it is hereby ordered and directed pursuant to 11 U.S.C. §362 (c)(3)(B) that the Automatic Stay in Debtors' current bankruptcy is continued beyond the initial (30) thirty day period and shall continue until discharge, dismissal and/or further order of court.

Prepared by Daniel R. White, Esq.

DEFAULT ENTRY

Dated: April 12, 2017

By the Court,

_____
GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy A. Rapchak  
Lisa A. Rapchak  
     Debtors

Case No. 17-21045-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Apr 12, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.  
db/jdb     +Randy A. Rapchak,   Lisa A. Rapchak,   907 Newell Road,   Fayette City, PA 15438-1159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:  
     Charles O. Zebley, Jr.    on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com, Lori@Zeblaw.com,Janet@Zeblaw.com  
     Charles O. Zebley, Jr.    on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com, Lori@Zeblaw.com, Janet@Zeblaw.com  
     Daniel R. White    on behalf of Joint Debtor Lisa A. Rapchak dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
     Daniel R. White    on behalf of Debtor Randy A. Rapchak dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         TOTAL: 6