| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randy A. Rapchak** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2826** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Lisa A. Rapchak** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2814** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case case filed for chapter  **13**  3/20/17 |
| Case number:  **17–21045–JAD** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Randy A. Rapchak | Lisa A. Rapchak |
| 2. | **All other names used in the last 8 years** | | aka Lisa A. Porter |
| 3. | **Address** | 907 Newell Road <br> Fayette City, PA 15438 | 907 Newell Road <br> Fayette City, PA 15438 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel R. White <br> Zebley Mehalov & White, p.c. <br> 18 Mill Street Square <br> P.O. Box 2123 <br> Uniontown, PA 15401 <br> U.S.A. | Contact phone 724–439–9200 |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open Monday – Friday <br> 9:00 AM – 4:30 PM <br> Contact phone 412–644–2700 <br> Date: 4/17/17 |
| | | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> **Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |

**For more information, see page 2**

Official Form 309I  **Notice of Chapter 13 Bankruptcy Case**  page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **May 22, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/21/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/21/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/18/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**5/22/17** at **09:00 AM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-21045-JAD
Randy A. Rapchak                                                Chapter 13
Lisa A. Rapchak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Apr 17, 2017
                              Form ID: 309I           Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db/jdb         +Randy A. Rapchak,    Lisa A. Rapchak,    907 Newell Road,    Fayette City, PA 15438-1159
aty            +Charles O. Zebley, Jr.,    P.O. Box 2123,    Uniontown, PA 15401-1723
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14384784       +AmerAssist,    P.O. Box 26095,    Columbus, OH 43226-0095
14384785       +Bank of America, N.A.,    P.O. Box 982284,    El Paso, TX 79998-2284
14384792       +Colonial Acceptance,    312 Fallowfield Avenue,    Charleroi, PA 15022-1405
14384794       +Creditors Financial Group,    P.O. Box 440290,    Aurora, CO 80044-1500
14384800       +David R. Galloway, Esq.,    54 East Main Street,    Mechanicsburg, PA 17055-3851
14384795        Encore Receivable Management, Inc.,    400 North Rogers Road,    P.O. Box 3330,
                 Olathe, KS 66063-3330
14384796       +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
14384797        Foundation Radiology Group, PC,    P.O. Box 60,    Pittsburgh, PA 15230-0060
14384798       +Frazier SD & Newell Boro. c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
14384799       +Fulton Friedman & Gullace,    130 Gettysburg Place,    Mechanicsburg, PA 17055-5653
14384802       +Image Time, Inc.,    2965 Pittsburgh Road,    Perryopolis, PA 15473-1005
14384804       +Jefferson Pain & Rehabilitation Center,    4735 Clairton Boulevard,    Pittsburgh, PA 15236-2106
14384805       +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14384806        Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14384807       +Midland Credit Management, Inc.,    P.O. Box 2121,    Warren, MI 48090-2121
14384808        Midland Funding,    P.O. Box 268941,    Oklahoma City, OK 73126-8941
14384809       +Midland Funding,    2365 Northside Drive--Suite 300,    San Diego, CA 92108-2709
14384811        Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14403081      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,      Attn: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14384813       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14384814       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14403082        Northstar Location Serviceas,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
14384819       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14384820       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14386042       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14384817        Partners in Nephro and Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
14384818        Penn Credit Corporation,    916 S 14th Place,    P.O. Box 988,    Harrisburg, PA 17108-0988
14384823        Rohland, Patt, Rohland Associates,    119 Thornton Road,    Brownsville, PA 15417-9607
14384824        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dwhite@zeblaw.com Apr 18 2017 01:18:57      Daniel R. White,
                 Zebley Mehalov & White, p.c.,    18 Mill Street Square,    P.O. Box 2123,   Uniontown, PA  15401,
                 U.S.A.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:19:30      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 18 2017 01:19:36
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14384782       +E-mail/Text: holly.tylka@advanceddisposal.com Apr 18 2017 01:19:43      Advanced Disposal,
                 P.O. Box 266,    1184 McClellandtown Road,    McClellandtown, PA 15458-1118
14384783       +EDI: ALLIANCEONE.COM Apr 18 2017 01:03:00      Alliance One Receivables Management,
                 4850 Street Road--Suite 300,    Trevose, PA 19053-6600
14384786        EDI: BL-BECKET.COM Apr 18 2017 01:08:00      Becket & Lee LLP,    P.O. Box 3001,
                 Malvern, PA 19355-0701
14384787        EDI: CAPITALONE.COM Apr 18 2017 01:03:00      Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14384788        EDI: RMSC.COM Apr 18 2017 01:08:00      CareCredit/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14384789       +E-mail/Text: bankruptcy@cavps.com Apr 18 2017 01:19:48      Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14384790        EDI: CHASE.COM Apr 18 2017 01:03:00      Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
14384791       +EDI: CITICORP.COM Apr 18 2017 01:03:00      Citi Card,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14384793        EDI: RCSFNBMARIN.COM Apr 18 2017 01:03:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
14384801        EDI: HFC.COM Apr 18 2017 01:08:00      HSBC Card Services,    P.O. Box 81622,
                 Salinas, CA 93912-1622
14384803        EDI: IRS.COM Apr 18 2017 01:08:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14384810       +EDI: MID8.COM Apr 18 2017 01:03:00      Midland Funding,    P.O. Box 60578,
                 Los Angeles, CA 90060-0578
```

```
District/off: 0315-2          User: gamr              Page 2 of 2                   Date Rcvd: Apr 17, 2017
                              Form ID: 309I           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14384812        EDI: NESF.COM Apr 18 2017 01:03:00      National Enterprise Systems,   29125 Solon Road,
                 Solon, OH 44139-3442
14384815       +EDI: OPHSUBSID.COM Apr 18 2017 01:03:00      Oak Harbor Capital IV, LLC,
                 c/o Weinstein and Riley, PS,   2001 Western Avenue--Suite 400,    Seattle, WA 98121-3132
14384816        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:19:30     PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
14384821        EDI: PRA.COM Apr 18 2017 01:03:00      Portfolio Recovery,   130 Corporate Boulevard,
                 Norfolk, VA 23502
14384822       +EDI: RESURGENT.COM Apr 18 2017 01:03:00      Resurgent Capital Services,   P.O. Box 10675,
                 Greenville, SC 29603-0675
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
```
              Charles O. Zebley, Jr.    on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com,
               Lori@Zeblaw.com,Janet@Zeblaw.com
              Charles O. Zebley, Jr.    on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com,  Lori@Zeblaw.com,
               Janet@Zeblaw.com
              Daniel R. White    on behalf of Joint Debtor Lisa A. Rapchak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Debtor Randy A. Rapchak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```