File No.: 7902-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Lisa A. Rapchak, | : | Case No. 17-21045 JAD |
| | : | |
| Co-Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 26 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on April 24, 2017, I served a copy of the Court's 14, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Fayette Veterinary Hospital, Attn: Payroll Manager, P.O. Box 295, Fayette City, PA 15438.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: April 24, 2017

                                            ZEBLEY MEHALOV & WHITE, P.C.
                                            BY

                                            /s/ Daniel R. White
                                                Daniel R. White
                                                PA I.D. No. 78718
                                                P.O. Box 2123
                                                Uniontown, PA 15401
                                                724-439-9200
                                                Email: dwhite@Zeblaw.com
                                                Attorneys for Debtors