# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:*__**

| | |
|---|---|
| Debtor: | RANDY A. & LISA A. RAPCHAK |
| Case Number: | 17-21045-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 28, 2017 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/29/17 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#20 - Final Confirmation of Plan Dated 4/11/2017 (NFC)
R / M #:  20 / 0

**_Appearances:_**

Debtor: *while*
Trustee: Winnecour / Bedford / Pail / **(Katz)**
Creditor:

**_Proceedings:_**

*Amended plan to deal with PNC cc #4*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **10/26/17**
   Objections are due on or before **11/9/17**.
   A hearing on the Amended Plan is set for **12/7/17 @ 10:30 Am**

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017  10:48:05AM