**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-21045-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Randy A. Rapchak
907 Newell Road
Fayette City PA 15438

Lisa A. Rapchak
907 Newell Road
Fayette City PA 15438

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/09/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/12/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy A. Rapchak  
Lisa A. Rapchak  
    Debtors

Case No. 17-21045-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1      Date Rcvd: Jan 10, 2018  
Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
14670633      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096  
    (address filed with court:    Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:  
    Charles O. Zebley, Jr.    on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com, Lori@Zeblaw.com,Janet@Zeblaw.com  
    Charles O. Zebley, Jr.    on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com, Lori@Zeblaw.com, Janet@Zeblaw.com  
    Daniel R. White    on behalf of Joint Debtor Lisa A. Rapchak dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
    Daniel R. White    on behalf of Debtor Randy A. Rapchak dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
    James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
    Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    TOTAL: 8