# UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

Name of debtor: Randy A. Rapchak
                     Lisa A. Rapchak
                     Aka Lisa A. Porter

Case Number: 17-21045-JAD

Chapter 13

Trustee:  Ronda J. Winnecour

Judge: Jeffrey A. Deller

**RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS PAYMENT FILED ON:    10/21/2019**

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

**Name of creditor:  Specialized Loan Servicing, LLC**

**Last four digits** of any number you use to identify the debtor's account:  1735

## Statement in Response as of:  11/01/2019

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 5-1   (Docket Entry # 56)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing:
    Amount received from the Chapter 13 Trustee
    Pre-Petition arrears remaining due:

### Part 2: Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
    Post-petition amounts remaining due:                                                                  $0
.

5120-N-9163

1

**Part 3: Sign Here**

| | | | |
|---|---|---|---|
| Print Name: | John Rafferty | | |
| Title: | Authorized Agent for Specialized Loan Servicing LLC | | |
| Company: | Bonial & Associates, P.C. | | /s/ John Rafferty |
| | | | Signature |

Address and telephone number:

    P. O. Box 9013
    Addison, TX 75001

11.8.2019
Date

Telephone:  (972) 643-6600          Email:       POCInquiries@BonialPC.com

2

5120-N-9163

**CERTIFICATE OF SERVICE**

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before November 8, 2019.

**Debtor**  *Via U.S. Mail*
Randy A. Rapchak
907 Newell Road
Fayette City, PA

**Debtor**  *Via U.S. Mail*
Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438

**Debtors' Attorney**
Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square
P.O. Box 213
Uniontown, PA 15401

**Chapter 13 Trustee**
Ronda J. Winnecour
STE 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

      Respectfully Submitted,

      /s/ John Rafferty