**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/08/2020

IN RE:

RANDY A. RAPCHAK
LISA A. RAPCHAK
907 NEWELL ROAD
FAYETTE CITY, PA 15438
XXX-XX-2826         Debtor(s)

XXX-XX-2814

Case No. 17-21045 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/8/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3772/PRAE |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **IMAGE TIME INC**<br>2965 PITTSBURGH RD<br>PERRYOPOLIS, PA  15473 | Trustee Claim Number: 4  INT %: 5.00%<br>Court Claim Number:<br>CLAIM: 6,231.32<br>COMMENT: $@5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 57 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: NCF<br>CLAIM: 0.00<br>COMMENT: 2011 GD*2bAVD/PL*NT ADR/SCH*JDGMT LIEN/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2011 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 2,813.73<br>COMMENT: CL4GOVS*PMT/PL-CL@LTCD/PL*45,741.52/CL*AMD*LIEN RELEASED~PAY NO MOR | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6039 |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br>LITTLETON, CO  80163 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*NATIONSTAR/PL*DKT4LMT*BGN 4/17*1ST*FR NATIONSTAR~DOC 48*DC | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1735 |
| **FULTON FRIEDMAN & GULLACE LLP**<br>500 1ST FEDERAL PLAZA<br>ROCHESTER, NY  14614 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 75FC |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FRAZIER SD & NEWELL BOROUGH (EIT)**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 332.82<br>COMMENT: $/PL*10,11/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2814 |
| **FRAZIER SD & NEWELL BOROUGH (EIT)**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 1,839.85<br>COMMENT: $/PL*10-14/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2826 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,041.61<br>COMMENT: $/PL-CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2826 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 283.81<br>COMMENT: $/PL-CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2826 |
| **ADVANCED DISPOSAL**<br>1184 MCCLELLANDTOWN RD<br>MCCLELLANDTOWN, PA 15458 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GARBAGE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8529 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 43,665.24<br>COMMENT: 5526/SCH*BK OF AMERICA/FIA*STALE-DATED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5790 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7406 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 874.71<br>COMMENT: CAPITAL ONE*STALE-DATED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7926 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 724.75<br>COMMENT: SYNCHRONY*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3452 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3772 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8168 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0219 |
| **CREDIT ONE BANK**<br>POB 98873<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9378 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEl<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:9 | CLAIM:  574.83<br>COMMENT:  CREDIT ONE*SHERMAN ORIG | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1473 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEl<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:8 | CLAIM:  965.67<br>COMMENT:  CREDIT ONE BANK*SHERMAN ORIG | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9769 |
| **FOUNDATION RADIOLOGY GROUP PC**<br>75 REMITTANCE DR #3310<br><br>CHICAGO, IL  60675 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9461 |
| **FRAZIER SD (NEWELL BORO) (PERCAPITA)**<br>C/O SWRTB - DLNQ YRS<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA  15683-1792 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  10-16/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2814 |
| **FRAZIER SD (NEWELL BORO) (PERCAPITA)**<br>C/O SWRTB - DLNQ YRS<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA  15683-1792 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  10-16/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2826 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:11 | CLAIM:  986.80<br>COMMENT:  AMERITECH/HSBC BANK NV*STALE-DATED | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1258 |
| **JEFFERSON PAIN & REHAB CENTER**<br>4735 CLAIRTON BLVD.<br><br>PITTSBURGH, PA  15236 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4665 |

| Creditor | Trustee Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **LABCORP OF AMERICA HOLDINGS**<br>POB 2240<br><br>BURLINGTON, NC 27216-2240 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MONONGAHELA VALLEY HOSPITAL**<br>1163 COUNTRY CLUB ROAD<br><br>MONONGAHELA, PA 15063 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0432 |
| **PARTNERS IN NEPHROLOGY**<br>5171 LIBERTY AVE<br><br>PITTSBURGH, PA 15224 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3670 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ROHLAND PRATT ROHLAND ASSOCIATES**<br>119 THORNTON RD<br><br>BROWNSVILLE, PA 15417-9607 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7294 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7932 |
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br><br>TREVOSE, PA 19053 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERASSIST**<br>AR SOLUTIONS<br>POB 26095<br>COLUMBUS, OH 43226 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **BECKET & LEE LLP**<br>POB 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim Number | INT % | Court Claim Number | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | 41 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **COLONIAL ACCEPTANCE CO++**<br>312 FALLOWFIELD AVE<br>CHARLEROI, PA 15022 | 42 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **CREDITORS FINANCIAL GROUP++**<br>POB 440290<br>AURORA, CO 80044 | 43 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **ENCORE RECEIVABLES MGT INC++**<br>POB 3330<br>OLATHE, KS 66063 | 44 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **FMA ALLIANCE LTD**<br>12339 CUTTEN RD<br>HOUSTON, TX 77066 | 45 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **DAVID GALLOWY ESQ**<br>C/O WOLPOFF & ABRAMSON LLP++<br>4660 TRINDLE RD STE 300<br>CAMP HILL, PA 17011 | 46 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | 47 | 0.00% | | 0.00 | NT ADR/SCH | SPECIAL NOTICE ONLY | |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | 48 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **NES**<br>29125 SOLON RD<br>SOLON, OH 44139 | 49 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |
| **NCB MANAGEMENT SERVICES INC***<br>POB 1099*<br>LANGHORNE, PA 19047 | 50 | 0.00% | | 0.00 | | SPECIAL NOTICE ONLY | |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br><br>MINNEAPOLIS, MN 55439 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NORTHSTAR LOCATION SERVICES**<br>4285 GENESEE ST<br><br>CHEEKTOWAGA, NY 14225-1943 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **OAK HARBOR CAPITAL IV LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RESURGENT CAPITAL SVCS**<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 13.15<br>COMMENT: CL1GOVS*NO GEN UNS/SCH*13-14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2826 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 291.72<br>COMMENT: CL2GOVS*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2826 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM: 0.00<br>COMMENT: CL4GOVS*ALL ARRS/CL@CID 6*1665/PL*AMD | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6039 |
| **SPECIALIZED LOAN SERVICING LLC**<br>PO BOX 636007<br><br>LITTLETON, CO 80163 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 6,838.36<br>COMMENT: $/PL-CL*NATIONSTAR/PL*THRU 3/17*1ST*FR NATIONSTAR~DOC 48*DOC 52~W/D D | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1735 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:3 | ACCOUNT NO.:  0001 |
| | CLAIM:  477.26 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NT/SCH*NO LAST PMT/CHARGE OFF DATE | |