IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Randy A. Rapchak ) | Case No.: 17-21045JAD |
| Lisa A. Rapchak ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 6 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Cavalry SPV I, LLC as assignee of Bank ) | |
| Of America/FIA Card Services, N.A. ) | |
|     Respondent(s) ) | |

<u>NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S OBJECTION TO CLAIM 6</u>

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than October 22, 2020, (i.e., thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov.

    If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify it a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and the Motion to a lawyer at once.

    A telephonic hearing will be held on October 30, 2020, at 11:00 a.m. before Judge Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866)582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

<u>9/22/2020</u>                              <u>/s/Ronda J. Winnecour</u>
Date                                    Ronda J. Winnecour (PA I.D. #30399)
                                           Attorney and Trustee
                                           U.S. Steel Tower – Suite 3250
                                           600 Grant Street
                                           Pittsburgh, PA  15219
                                           (412)471-5566