IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Randy A. Rapchak ) | Case No.: 17-21045JAD |
| Lisa A. Rapchak ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 6 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Cavalry SPV I, LLC as assignee of Bank ) | |
| Of America/FIA Card Services, N.A. ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 64 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Randy A. Rapchak
Lisa A. Rapchak
907 Newell Road
Fayette City, PA  15438

Cavalry SPV I, LLC
ATTN: Tracyan Frame
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595

| | |
|---|---|
| 10/26/2020 | /s/Roberta Saunier |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |