**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  RANDY A. RAPCHAK<br>LISA A. RAPCHAK<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  RANDY A. RAPCHAK<br>LISA A. RAPCHAK<br><br>      Respondents | Case No.17-21045JAD<br><br>Chapter 13<br><br>Related to ECF No. 69 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this   9th   day of   February   2022,   it is hereby ORDERED, ADJUDGED, and DECREED that,

        Fayette Veterinary Hospital
        Attn : Payroll Manager
        326 Newwel Rd
        Pob 295
        Fayette City,PA 15438

is hereby ordered to immediately terminate the attachment of the wages of LISA A. RAPCHAK, social security number XXX-XX-2814.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA A. RAPCHAK.

        BY THE COURT:

        _____
        JEFFERY A. DELLER   jah
        UNITED STATES BANKRUPTCY JUDGE

        FILED
        2/9/22 8:32 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy A. Rapchak  
Lisa A. Rapchak  
    Debtors

Case No. 17-21045-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Feb 09, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9