IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-21045 JAD |
| | : | |
| Randy A. Rapchak and Lisa A. Rapchak, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: May 11, 2022 at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due: April 25, 2022 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |
| | : | |

SUMMARY COVER SHEET AND NOTICE OF HEARING ON
PROFESSIONAL FEES IN CHAPTER 13 CASE
ON BEHALF OF DANIEL R. WHITE AND ZEBLEY, MEHALOV AND WHITE

To All Creditors and Parties in interest:

1.   The Applicants represent Randy A. Rapchak and Lisa A. Rapchak.

2.   This is a final application for the period March 1, 2017, to April 8, 2022.

3.   A previous retainer in the amount of $500.00 was collected from the Debtors, which was, in part, for pre-petition work.  Counsel further received the amount of $3,500.00, from the Chapter 13 Trustee as a distribution pursuant to Debtors' Chapter 13 Plan.

4.   Previous interim compensation allowed to Applicant:  $0.00.

5.   A previous cost retainer in the amount of $500.00 was collected from Debtors, which was, in part, for pre-petition costs.  Applicants attached an accounting of costs incurred in the Chapter 13 bankruptcy case as Exhibit "B" to the Application for Compensation which shows a cost balance of $48.45 owed beyond the retainer.

6.   Applicant requests additional:

Compensation of $3,032.50 and

Reimbursement of costs of $48.45.

7.  A Zoom Video Conference Hearing will be held on May 11, 2022 , at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing Zoom Self-Scheduled Hearing Notice (updated 1/19/2021) capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

8.  Any written objections must be filed with the Court and served on Applicant on or before April 25, 2022, ( fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the Applicant.

Dated: April 8, 2022

/s/ Daniel R. White
PA ID: 78718
Zebley Mehalov & White
18 Mill Street Square
Uniontown, PA 15401
724-439-9200
dwhite@zeblaw.com