IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/5/22 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-21045 JAD |
| | : | |
| Randy A. Rapchak and Lisa A. Rapchak, | : | Chapter 13 |
| | : | |
| Debtors. | : | Related to ECF No. 75 |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: May 11, 2022 at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due: April 25, 2022 |
| | : | |
| vs. | : | **DEFAULT O/E JAD** |
| | : | |
| No Respondents. | : | |
| | : | |

FINAL ORDER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this  5th  day of  May, 2022,  the Application of Daniel R. White and Zebley Mehalov & White for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $7,580.95, for services rendered on behalf of the Debtors for the period from March 1, 2017, through April 8, 2022, which represents $7,032.50, in attorney fees and $548.45 in costs.  The fee/cost balance of $3,080.95, remains and shall be paid by the Chapter 13 Trustee.  If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.  Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

Order prepared by Daniel R. White, Esq.

By the Court,

_____
Jeffery A. Deller                    jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21045-JAD |
| Randy A. Rapchak | Chapter 13 |
| Lisa A. Rapchak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: May 05, 2022     Form ID: pdf900     Total Noticed: 1

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9