**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Randy A. Rapchak |
| Debtor 2 (Spouse, if filing) | Lisa A. Rapchak |
| | aka Lisa A. Porter |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 17-21045-JAD |

# Form 4100R

## Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information     Statement / Response Date: 07/11/2022

**Name of creditor:** Specialized Loan Servicing LLC

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 1735

**Property address:** 907 Newell Rd
Number    Street

Fayette City, Pennsylvania 15438
City                    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2022
MM / DD / YYYY

**Please be advised: Creditor agrees the Trustee has paid post-petition payments through 03/01/2022. The Debtor's account is now due for 04/01/2022.**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Randy A. Rapchak | Case number (if known) | 17-21045-JAD |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

a. Total postpetition ongoing payments due: (a) $0.00

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $0.00

c. **Total**. Add lines a and b. (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri     Date   07/21/2022
Signature

| Print | Mukta Suri | Title | Authorized Agent for Specialized Loan Servicing LLC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   P.O. Box 9013
Number   Street

Addison, Texas 75001
City   State   ZIP Code

Contact phone   (972) 643-6600   Email   POCInquiries@BonialPC.com

# CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 21, 2022 via electronic notice unless otherwise stated.

**Debtor**         *Via U.S. Mail*
Randy A. Rapchak
907 Newell Road
Fayette City, PA 15438-1159

**Debtor**         *Via U.S. Mail*
Lisa A. Rapchak
907 Newell Road
Fayette City, PA 15438-1159

**Debtors' Attorney**
Daniel R. White
Zebley Mehalov & White P.C.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA  15401

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

                                        Respectfully Submitted,

                                        /s/  Mukta Suri