**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Randy A. Rapchak**
**Lisa A. Rapchak**
**aka Lisa A. Porter**
  Debtor(s)

Bankruptcy Case No.: 17−21045−JAD

Chapter: 13
Docket No.: 87 − 86

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of July, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/19/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/28/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/19/22.**

                                        Jeffery A. Deller
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy A. Rapchak  
Lisa A. Rapchak  
    Debtors

Case No. 17-21045-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jul 27, 2022      Form ID: 408      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |
| 14384782 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14384792 | + | Colonial Acceptance, 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14384794 | + | Creditors Financial Group, P.O. Box 440290, Aurora, CO 80044-1500 |
| 14384800 | + | David R. Galloway, Esq., 54 East Main Street, Mechanicsburg, PA 17055-3851 |
| 14384795 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14384797 | | Foundation Radiology Group, PC, P.O. Box 60, Pittsburgh, PA 15230-0060 |
| 14384798 | + | Frazier SD & Newell Boro. c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14384799 | + | Fulton Friedman & Gullace, 130 Gettysburg Place, Mechanicsburg, PA 17055-5653 |
| 14384802 | + | Image Time, Inc., 2965 Pittsburgh Road, Perryopolis, PA 15473-1005 |
| 14384804 | #+ | Jefferson Pain & Rehabilitation Center, 4735 Clairton Boulevard, Pittsburgh, PA 15236-2115 |
| 14384805 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384811 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14384815 | + | Oak Harbor Capital IV, LLC, c/o Weinstein and Riley, PS, 2001 Western Avenue--Suite 400, Seattle, WA 98121-2163 |
| 14384817 | | Partners in Nephro and Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 14384818 | | Penn Credit Corporation, 916 S 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14384823 | | Rohland, Patt, Rohland Associates, 119 Thornton Road, Brownsville, PA 15417-9607 |
| 14384824 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14384783 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 27 2022 23:50:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14384784 | + | Email/Text: bankruptcies@amerassist.com | Jul 27 2022 23:51:00 | AmerAssist, P.O. Box 26095, Columbus, OH 43226-0095 |
| 14384785 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 27 2022 23:50:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |

Case 17-21045-JAD    Doc 88    Filed 07/29/22    Entered 07/30/22 00:28:23    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 408 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14384786 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:25 | Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14384787 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:22 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14384788 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:53 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14384789 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2022 23:51:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14672659 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2022 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:57:59 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14384793 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 23:57:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14384796 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 27 2022 23:50:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 14384801 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 27 2022 23:50:00 | HSBC Card Services, P.O. Box 81622, Salinas, CA 93912-1622 |
| 14384803 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2022 23:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384790 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 23:57:53 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14384806 | | Email/Text: govtaudits@labcorp.com | Jul 27 2022 23:50:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14384807 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Credit Management, Inc., P.O. Box 2121, Warren, MI 48090-2121 |
| 14384808 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:57:57 | Midland Funding, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 14384810 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14384809 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14673397 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403081 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14670633 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14384813 | ^ | MEBN | Jul 27 2022 23:47:41 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14384812 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jul 27 2022 23:50:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14384814 | + | Email/Text: ngisupport@radiusgs.com | Jul 27 2022 23:50:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14403082 | ^ | MEBN | Jul 27 2022 23:49:16 | Northstar Location Serviceas, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14384816 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:50:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14664532 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2022 23:50:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14384819 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14384820 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14384821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:09 | Portfolio Recovery, 130 Corporate Boulevard, Norfolk, VA 23502 |
| 14679483 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14386042 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 23:58:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14407955 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14384822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:16 | Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14756147 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14641084 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:58:13 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14888107 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jul 27, 2022 | Form ID: 408 | Total Noticed: 59

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9