**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDY A. RAPCHAK<br>LISA A. RAPCHAK<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-21045 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/20/2017 and confirmed on 5/30/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 80,565.00 |
| Less Refunds to Debtor | 13,819.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 66,745.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,580.95 | |
|    Trustee Fee | 3,763.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,344.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SPECIALIZED LOAN SERVICING LLC* | 0.00 | 31,578.50 | 0.00 | 31,578.50 |
|     Acct: 1735 | | | | |
|   SPECIALIZED LOAN SERVICING LLC* | 6,838.36 | 6,838.36 | 0.00 | 6,838.36 |
|     Acct: 1735 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2011 | | | | |
|   IMAGE TIME INC | 6,231.32 | 6,231.32 | 532.09 | 6,763.41 |
|     Acct: 57 | | | | |
|   PNC BANK NA | 2,813.73 | 2,813.73 | 0.00 | 2,813.73 |
|     Acct: 6039 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6039 | | | | |
| | | | | 47,994.00 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY A. RAPCHAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY A. RAPCHAK | 13,819.50 | 13,819.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,080.95 | 3,080.95 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
|   FRAZIER SD & NEWELL BOROUGH (EIT) | 332.82 | 332.82 | 0.00 | 332.82 |
|     Acct: 2814 | | | | |
|   FRAZIER SD & NEWELL BOROUGH (EIT) | 1,839.85 | 1,839.85 | 0.00 | 1,839.85 |
|     Acct: 2826 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,041.61 | 1,041.61 | 0.00 | 1,041.61 |
|     Acct: 2826 | | | | |
|   PA DEPARTMENT OF REVENUE* | 283.81 | 283.81 | 0.00 | 283.81 |
|     Acct: 2826 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 3,498.09 |
| Unsecured | | | | |
|   ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8529 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5790 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7406 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 874.71 | 874.71 | 0.00 | 874.71 |
|     Acct: 7926 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 724.75 | 724.75 | 0.00 | 724.75 |
|     Acct: 3452 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3772 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8168 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0219 | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9378 | | | | |
|   MIDLAND FUNDING LLC | 574.83 | 574.83 | 0.00 | 574.83 |
|     Acct: 1473 | | | | |
|   MIDLAND FUNDING LLC | 965.67 | 965.67 | 0.00 | 965.67 |
|     Acct: 9769 | | | | |
|   FOUNDATION RADIOLOGY GROUP PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9461 | | | | |
|   FRAZIER SD (NEWELL BORO) (PERCAPIT, | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2814 | | | | |
|   FRAZIER SD (NEWELL BORO) (PERCAPIT, | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2826 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 986.80 | 986.80 | 0.00 | 986.80 |
|     Acct: 1258 | | | | |
|   JEFFERSON PAIN & REHAB CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4665 | | | | |
|   LABCORP OF AMERICA HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0432 | | | | |
|   PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3670 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROHLAND PRATT ROHLAND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7294 | | | | |
|   UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7932 | | | | |
|   PA DEPARTMENT OF REVENUE* | 13.15 | 13.15 | 0.00 | 13.15 |
|     Acct: 2826 | | | | |
|   INTERNAL REVENUE SERVICE* | 291.72 | 291.72 | 0.00 | 291.72 |
|     Acct: 2826 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 477.26 | 477.26 | 0.00 | 477.26 |
|     Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXPRAE | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | FULTON FRIEDMAN & GULLACE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 75FC | | | | |
| | NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERASSIST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLONIAL ACCEPTANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITORS FINANCIAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENCORE RECEIVABLES MGT INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FMA ALLIANCE LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DAVID GALLOWY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHSTAR LOCATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OAK HARBOR CAPITAL IV LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,908.89 |

TOTAL PAID TO CREDITORS                                                              56,400.98

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,498.09 |
| SECURED | 15,883.41 |
| UNSECURED | 4,908.89 |

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    RANDY A. RAPCHAK
    LISA A. RAPCHAK
            Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:17-21045 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21045-JAD |
| Randy A. Rapchak | Chapter 13 |
| Lisa A. Rapchak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |
| 14384782 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14384792 | + | Colonial Acceptance, 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14384794 | + | Creditors Financial Group, P.O. Box 440290, Aurora, CO 80044-1500 |
| 14384800 | + | David R. Galloway, Esq., 54 East Main Street, Mechanicsburg, PA 17055-3851 |
| 14384795 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14384797 | | Foundation Radiology Group, PC, P.O. Box 60, Pittsburgh, PA 15230-0060 |
| 14384798 | + | Frazier SD & Newell Boro. c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14384799 | + | Fulton Friedman & Gullace, 130 Gettysburg Place, Mechanicsburg, PA 17055-5653 |
| 14384802 | + | Image Time, Inc., 2965 Pittsburgh Road, Perryopolis, PA 15473-1005 |
| 14384804 | #+ | Jefferson Pain & Rehabilitation Center, 4735 Clairton Boulevard, Pittsburgh, PA 15236-2115 |
| 14384805 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384811 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14384815 | + | Oak Harbor Capital IV, LLC, c/o Weinstein and Riley, PS, 2001 Western Avenue--Suite 400, Seattle, WA 98121-2163 |
| 14384817 | | Partners in Nephro and Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 14384818 | | Penn Credit Corporation, 916 S 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14384823 | | Rohland, Patt, Rohland Associates, 119 Thornton Road, Brownsville, PA 15417-9607 |
| 14384824 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14384783 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 27 2022 23:50:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14384784 | + | Email/Text: bankruptcies@amerassist.com | Jul 27 2022 23:51:00 | AmerAssist, P.O. Box 26095, Columbus, OH 43226-0095 |
| 14384785 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 27 2022 23:50:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |

Case 17-21045-JAD    Doc 89    Filed 07/29/22    Entered 07/30/22 00:28:23    Desc Imaged
                        Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14384786 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 23:58:12 | Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14384787 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:57:54 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14384788 | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2022 23:57:53 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14384789 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2022 23:51:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14672659 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2022 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 23:58:26 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14384793 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2022 23:57:57 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14384796 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 27 2022 23:50:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 14384801 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 27 2022 23:50:00 | HSBC Card Services, P.O. Box 81622, Salinas, CA 93912-1622 |
| 14384803 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2022 23:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384790 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 23:58:06 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14384806 | | Email/Text: govtaudits@labcorp.com | Jul 27 2022 23:50:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14384807 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Credit Management, Inc., P.O. Box 2121, Warren, MI 48090-2121 |
| 14384808 | | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:58:26 | Midland Funding, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 14384810 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14384809 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14673397 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2022 23:50:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403081 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14670633 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2022 23:50:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14384813 | ^ | MEBN | Jul 27 2022 23:47:43 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14384812 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jul 27 2022 23:50:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14384814 | + | Email/Text: ngisupport@radiusgs.com | Jul 27 2022 23:50:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14403082 | ^ | MEBN | Jul 27 2022 23:49:18 | Northstar Location Serviceas, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14384816 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:50:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14664532 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jul 27 2022 23:50:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14384819 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14384820 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2022 23:50:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14384821 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:58:12 | Portfolio Recovery, 130 Corporate Boulevard, Norfolk, VA 23502 |
| 14679483 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2022 23:57:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14386042 | + Email/PDF: rmscedi@recoverycorp.com | Jul 27 2022 23:58:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14407955 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14384822 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:58:16 | Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14756147 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2022 23:50:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14641084 | + Email/PDF: ebn_ais@aisinfo.com | Jul 27 2022 23:58:13 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14888107 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com  Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com  Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9