File No. 7902-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-21045 JAD |
| | : | |
| Randy A. Rapchak and Lisa A. Rapchak, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No.: _____ |
| | : | |
| Lisa A. Rapchak, | : | Related to Document Nos.: |
| | : | |
| Movant, | : | Responses due by: August 29, 2022 |
| | : | |
| vs. | : | Hearing Date & Time: Wednesday, September 14, 2022 at 11:00 a.m. |
| | : | |
| Midland Funding, | : | |
| | : | |
| Respondent. | : | |

Certification of No Objection
<u>Regarding Debtors' Motion to Avoid Judgment Lien</u>

  The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judgment Lien filed on August 11, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment Lien were to be filed and served no later than August 29, 2022.

  It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Lien be entered by the Court.

Dated: August 30, 2022

                ZEBLEY MEHALOV & WHITE, P.C.

                By: <u>/s/ Daniel R. White</u>
                Daniel R. White
                PA I.D. No. 78718
                P.O. Box 2123
                Uniontown, PA 15401
                (724) 439-9200
                Email: dwhite@Zeblaw.com
                Attorneys for Debtors