| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Randy A. Rapchak<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2826<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lisa A. Rapchak<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2814<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–21045–JAD | | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Randy A. Rapchak                                   Lisa A. Rapchak
                                                   aka Lisa A. Porter

9/20/22                                            **By the court:** Jeffery A. Deller
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21045-JAD |
| Randy A. Rapchak | Chapter 13 |
| Lisa A. Rapchak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |
| 14384782 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14384792 | + | Colonial Acceptance, 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14384794 | + | Creditors Financial Group, P.O. Box 440290, Aurora, CO 80044-1500 |
| 14384800 | + | David R. Galloway, Esq., 54 East Main Street, Mechanicsburg, PA 17055-3851 |
| 14384795 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14384797 | | Foundation Radiology Group, PC, P.O. Box 60, Pittsburgh, PA 15230-0060 |
| 14384798 | + | Frazier SD & Newell Boro. c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14384799 | + | Fulton Friedman & Gullace, 130 Gettysburg Place, Mechanicsburg, PA 17055-5653 |
| 14384802 | + | Image Time, Inc., 2965 Pittsburgh Road, Perryopolis, PA 15473-1005 |
| 14384804 | #+ | Jefferson Pain & Rehabilitation Center, 4735 Clairton Boulevard, Pittsburgh, PA 15236-2115 |
| 14384805 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384811 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14384815 | + | Oak Harbor Capital IV, LLC, c/o Weinstein and Riley, PS, 2001 Western Avenue--Suite 400, Seattle, WA 98121-2163 |
| 14384817 | | Partners in Nephro and Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 14384818 | | Penn Credit Corporation, 916 S 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14384823 | | Rohland, Patt, Rohland Associates, 119 Thornton Road, Brownsville, PA 15417-9607 |
| 14384824 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

Case 17-21045-JAD   Doc 99   Filed 09/22/22   Entered 09/23/22 00:26:51   Desc Imaged
                          Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14384783 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 20 2022 23:49:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14384784 | + | Email/Text: bankruptcies@amerassist.com | Sep 20 2022 23:50:00 | AmerAssist, P.O. Box 26095, Columbus, OH 43226-0095 |
| 14384785 | + | EDI: BANKAMER2.COM | Sep 21 2022 03:48:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 14384786 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:40 | Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14384787 | | EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14384788 | | EDI: RMSC.COM | Sep 21 2022 03:48:00 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14384789 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14672659 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384791 | + | EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14384793 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2022 23:55:34 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14384796 | | Email/Text: Bankruptcy@FMAAlliance.com | Sep 20 2022 23:49:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 14384801 | | EDI: HFC.COM | Sep 21 2022 03:48:00 | HSBC Card Services, P.O. Box 81622, Salinas, CA 93912-1622 |
| 14384803 | | EDI: IRS.COM | Sep 21 2022 03:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384790 | | EDI: JPMORGANCHASE | Sep 21 2022 03:48:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14384805 | ^ | MEBN | Sep 20 2022 23:49:43 | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384806 | | Email/Text: govtaudits@labcorp.com | Sep 20 2022 23:49:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14384807 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Credit Management, Inc., P.O. Box 2121, Warren, MI 48090-2121 |
| 14384808 | | EDI: AIS.COM | Sep 21 2022 03:48:00 | Midland Funding, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 14384810 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14384809 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14673397 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403081 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14670633 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14384813 | ^ | MEBN | Sep 20 2022 23:49:01 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14384812 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Sep 20 2022 23:49:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14384814 | + | Email/Text: ngisupport@radiusgs.com | Sep 20 2022 23:49:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14403082 | ^ | MEBN | Sep 20 2022 23:48:37 | Northstar Location Serviceas, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14384816 | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384816 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384819 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14384820 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14664532 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14384821 | | EDI: PRA.COM | Sep 21 2022 03:48:00 | Portfolio Recovery, 130 Corporate Boulevard, Norfolk, VA 23502 |
| 14679483 | | EDI: PRA.COM | Sep 21 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14386042 | + | EDI: RECOVERYCORP.COM | Sep 21 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14407955 | | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14407955 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14384822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:28 | Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14756147 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14641084 | + | EDI: AIS.COM | Sep 21 2022 03:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14888107 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 3180W | Total Noticed: 60 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9