IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/22 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   RANDY A. RAPCHAK
   LISA A. RAPCHAK
         Debtor(s)

Ronda J. Winnecour
         Movant
      vs.
No Repondents.

Case No.:17-21045 JAD

Chapter 13

Related to ECF No. 86

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 20th day of September, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Randy A. Rapchak  
Lisa A. Rapchak  
    Debtors

Case No. 17-21045-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Sep 20, 2022      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randy A. Rapchak, Lisa A. Rapchak, 907 Newell Road, Fayette City, PA 15438-1159 |
| 14384782 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14384792 | + | Colonial Acceptance, 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14384794 | + | Creditors Financial Group, P.O. Box 440290, Aurora, CO 80044-1500 |
| 14384800 | + | David R. Galloway, Esq., 54 East Main Street, Mechanicsburg, PA 17055-3851 |
| 14384795 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14384797 | | Foundation Radiology Group, PC, P.O. Box 60, Pittsburgh, PA 15230-0060 |
| 14384798 | + | Frazier SD & Newell Boro. c/o SWRTB, One Centennial Way, Scottdale, PA 15683-1741 |
| 14384799 | + | Fulton Friedman & Gullace, 130 Gettysburg Place, Mechanicsburg, PA 17055-5653 |
| 14384802 | + | Image Time, Inc., 2965 Pittsburgh Road, Perryopolis, PA 15473-1005 |
| 14384804 | #+ | Jefferson Pain & Rehabilitation Center, 4735 Clairton Boulevard, Pittsburgh, PA 15236-2115 |
| 14384805 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384811 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14384815 | + | Oak Harbor Capital IV, LLC, c/o Weinstein and Riley, PS, 2001 Western Avenue--Suite 400, Seattle, WA 98121-2163 |
| 14384817 | | Partners in Nephro and Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 14384818 | | Penn Credit Corporation, 916 S 14th Place, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14384823 | | Rohland, Patt, Rohland Associates, 119 Thornton Road, Brownsville, PA 15417-9607 |
| 14384824 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14384783 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Sep 20 2022 23:49:00 | Alliance One Receivables Management, 4850 Street Road--Suite 300, Trevose, PA 19053-6600 |
| 14384784 | + | Email/Text: bankruptcies@amerassist.com | Sep 20 2022 23:50:00 | AmerAssist, P.O. Box 26095, Columbus, OH 43226-0095 |
| 14384785 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2022 23:49:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |

Case 17-21045-JAD   Doc 100   Filed 09/22/22   Entered 09/23/22 00:26:51   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14384786 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:27 | Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 14384787 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 23:55:31 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14384788 | | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:41 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14384789 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14672659 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:28 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14384793 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2022 23:55:33 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14384796 | | Email/Text: Bankruptcy@FMAAlliance.com | Sep 20 2022 23:49:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 14384801 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2022 23:49:00 | HSBC Card Services, P.O. Box 81622, Salinas, CA 93912-1622 |
| 14384803 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2022 23:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14384790 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:31 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14384805 | ^ | MEBN | Sep 20 2022 23:49:44 | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14384806 | | Email/Text: govtaudits@labcorp.com | Sep 20 2022 23:49:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14384807 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Credit Management, Inc., P.O. Box 2121, Warren, MI 48090-2121 |
| 14384808 | | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2022 23:55:34 | Midland Funding, P.O. Box 268941, Oklahoma City, OK 73126-8941 |
| 14384810 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14384809 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 14673397 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403081 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14670633 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2022 23:49:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14384813 | ^ | MEBN | Sep 20 2022 23:49:03 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14384812 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Sep 20 2022 23:49:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14384814 | + | Email/Text: ngisupport@radiusgs.com | Sep 20 2022 23:49:00 | Northland Group, Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14403082 | ^ | MEBN | Sep 20 2022 23:48:38 | Northstar Location Serviceas, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14384816 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384819 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14384820 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14664532 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14384821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:27 | Portfolio Recovery, 130 Corporate Boulevard, Norfolk, VA 23502 |
| 14679483 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14386042 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14407955 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14384822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:35 | Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14756147 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 20 2022 23:49:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14641084 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2022 23:55:40 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 14888107 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022                    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 59 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Randy A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Joint Debtor Lisa A. Rapchak COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Lisa A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Randy A. Rapchak lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9